IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-92-D

| | |
|---|---|
| LEONARD C. ASH, Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiff,<br><br>v.<br><br>POWERSECURE INTERNATIONAL, INC., SIDNEY HINTON, and CHRISTOPHER T. HUTTER,<br><br>    Defendants. | (Consolidated with Case Nos. 5:14-cv-00385-D and 5:14-cv-00388-D)<br><br><u>CLASS ACTION</u><br><br>ORDER REGARDING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT, MOTION TO DISMISS THE CONSOLIDATED COMPLAINT, AND BRIEFING ON THE MOTION TO DISMISS |

Before the Court is the parties' Stipulation Regarding Schedule for Filing of Consolidated Complaint, Motion to Dismiss the Consolidated Complaint, and Briefing on the Motion to Dismiss. The Court, having considered the Stipulation and finding that good cause exists, hereby orders:

(1) Lead Plaintiff shall file and serve its consolidated complaint no later than December 9, 2014;

(2) Defendants shall file and serve their motion(s) to dismiss the consolidated complaint no later than January 23, 2015;

(3) Lead Plaintiff shall file and serve its opposition to Defendants' motion(s) to dismiss no later than March 13, 2015;

(4) Defendants shall file and serve their reply brief(s) in support of their motion(s) to dismiss no later than April 17, 2015.

SO ORDERED. This **30** day of October 2014.

                                                          JAMES C. DEVER III
                                                          Chief United States District Judge