IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No.: 4:14-cv-92-D

| | |
|---|---|
| LEONARD C. ASH, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>POWERSECURE INTERNATIONAL, INC., SIDNEY HINTON, and CHRISTOPHER T. HUTTER,<br><br>Defendants. | CLASS ACTION<br><br>Honorable James C. Dever III |

## ORDER REGARDING DISCOVERY PLAN

Before the Court is the parties' Stipulation Regarding Discovery Plan ("Stipulation"). The Court, having considered the Stipulation and finding that good cause exists, hereby orders that all discovery and other proceedings, including the completion of a Rule 26(f) conference and the submission of a Rule 26(f) discovery plan, shall be stayed during the pendency of Defendants' Motion to Dismiss Consolidated Class Action Complaint, Dkt No. 35.

**IT IS SO ORDERED.**

Dated: April 14, 2015.

_____
JAMES C. DEVER III
THE HONORABLE CHIEF
UNITED STATES DISTRICT JUDGE