UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LEONARD C. ASH, Individually and on )
Behalf of All Others Similarly Situated, )
                Plaintiffs, )
                 ) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 4:14-cv-92-D**
                 )
POWERSECURE INTERNATIONAL, )
INC., SIDNEY HINTON, and )
CHRISTOPHER T. HUTTER, )
                Defendants. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendants' motion to dismiss [D.E. 54] and DISMISSES plaintiffs' amended complaint. Additionally, the court DENIES AS MOOT defendants' motion for judicial notice and notice of incorporation by reference [D.E. 57].

**This Judgment Filed and Entered on September 14, 2016, and Copies To:**

| | |
|---|---|
| Michael A. Ostrander | (via CM/ECF Notice of Electronic Filing) |
| L. Bruce McDaniel | (via CM/ECF Notice of Electronic Filing) |
| Gary W. Jackson | (via CM/ECF Notice of Electronic Filing) |
| Barry M. Kaplan | (via CM/ECF Notice of Electronic Filing) |
| Gregory L. Watts | (via CM/ECF Notice of Electronic Filing) |
| Lee M. Whitman, Jr. | (via CM/ECF Notice of Electronic Filing) |

DATE:                                     JULIE RICHARDS JOHNSTON, CLERK
September 14, 2016                 (By) /s/ Nicole Briggeman
                                                   Deputy Clerk