UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEONARD C. ASH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POWERSECURE INTERNATIONAL, INC., SIDNEY HINTON, and CHRISTOPHER T. HUTTER,<br><br>Defendants. | **Civil Action No. 4:14-CV-00092-D** |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff Maguire Financial, LP, on behalf of itself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Fourth Circuit from: (i) the Judgment in a Civil Case, entered September 14, 2016 (Dkt. No. 69); (ii) the Order, entered September 14, 2016 (Dkt. No. 68), which granted Defendants' motion to dismiss and dismissed Plaintiff's Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws; and (iii) the Order, entered September 15, 2015 (Dkt. No. 52), which granted Defendants' motion for judicial notice and incorporation by reference and Defendants' motion to dismiss Plaintiff's Consolidated Class Action Complaint for Violations of the Federal Securities Laws, without prejudice and with leave to amend.

| | |
|---|---|
| Dated: October 7, 2016 | WILSON & RATLEDGE, PLLC<br><br>*/s/ Michael A. Ostrander*<br>Michael A. Ostrander<br>N.C. State Bar No. 36259<br>4600 Marriott Drive, Suite 400<br>Raleigh, North Carolina 27612<br>Telephone: (919) 787-7711<br>Facsimile: (919) 787-7710<br>Email: mostrander@wrlaw.com |

*Counsel for Lead Plaintiff and Liaison Counsel for the Class*

BROWER PIVEN
   A Professional Corporation
David A.P. Brower
Richard H. Weiss
475 Park Avenue South, 33rd Floor
New York, New York 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
Email: brower@browerpiven.com
Email: weiss@browerpiven.com

BROWER PIVEN
   A Professional Corporation
Charles J. Piven
1925 Old Valley Road
Stevenson, Maryland 21153
Telephone: (410) 332-0030
Facsimile: (410) 685-1300
Email: piven@browerpiven.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2016 the Notice of Appeal was filed through the CM/ECF system and will be sent electronically to the following parties:.

**L. Bruce McDaniel**
McDaniel & Anderson, L.L.P.
Lafayette Square
4942 Windy Hill Dr.
P. O. Box 58186
Raleigh, NC 27658
919-872-3000
Fax: 919-790-9273
Email: mcdas@mcdas.com

**Gary W. Jackson**
The Jackson Law Group, PLLC
225 E. Worthington Ave., Suite 200
Charlotte, NC 28203
704-247-3247
Fax: 704-208-4645
Email: gjackson@ncadvocates.com

**Barry M. Kaplan**
Wilson Sonsini Goodrich & Rosati, PC
701 Fifth Ave., Suite 5100
Seattle, WA 98104
206-883-2538
Fax: 206-883-2699
Email: bkaplan@wsgr.com

**Gregory L. Watts**
Wilson Sonsini Goodrich & Rosati, PC
701 Fifth Ave., Suite 5100
Seattle, WA 98104
206-883-2617
Fax: 206-883-2699
Email: gwatts@wsgr.com

**Lee M. Whitman , Jr.**
Wyrick Robbins Yates & Ponton, LLP
4101 Lake Boone Trail, Suite 300
P. O. Drawer 17803
Raleigh, NC 27607-7506
(919)781-4000

Fax: 919-781-4865
Email: lwhitman@wyrick.com

                                                                            */s/ Michael A. Ostrander*
                                                                            Michael A. Ostrander